PEOPLE ex rel. DUMARY v. VAN ALSTYNE, Mayor, et al.

(Supreme Court, Appellate Division, Third Department. June 28, 1900.)

CERTIORARI—CANCELLATION OF CONTRACT—REVIEW.

    The determination by the board of contract and apportionment of the existence of certain facts in regard to the manner in which one with whom it has entered into a contract for a public improvement is performing his contract is not binding on the other party to the contract. Hence certiorari will not lie, on the relation of the contractor, to review the action of the board in canceling the contract pursuant to such findings made by it.

Application in the name of the people, on the relation of T. Henry Dumary, against Thomas J. Van Alstyne, as mayor, and others, as the board of contract and apportionment of the city of Albany, for a writ of certiorari to review the action of respondent in canceling a contract with relator. Writ quashed.

Argued before PARKER, P. J., and KELLOGG, MERWIN, and SMITH, JJ.

Charles B. Templeton (Lewis E. Carr, of counsel), for relator.
Arthur L. Andrews, for defendants.

PER CURIAM. This writ must be quashed for the reasons and on the grounds stated in the opinion of Mr. Justice MERWIN in a proceeding similarly entitled in this court at this term. 65 N. Y. Supp. 451. The action of the board here complained of is not binding upon the relator, and is not reviewable by certiorari.

Writ of certiorari quashed, without costs, upon the ground that the action of the board complained of is not reviewable by certiorari.